# 3Court of Appeals
# of the State of Georgia

ATLANTA, January 08, 2015

*The Court of Appeals hereby passes the following order:*

**A15A0412. JAMARCUS SLADEN v. THE STATE.**

In 2010, Jamarcus Sladen pled guilty to failure to register as a sexual offender and giving a false name. In 2013, the trial court entered an order revoking his probation upon finding that he had violated a special condition of his probation. Sladen filed a motion to modify the sentence entered upon the probation revocation, and the trial court denied that motion. Sladen appeals from that order. We, however, lack jurisdiction.

Because the underlying subject matter of this appeal is the revocation of Sladen's probation, he was required to file an application for discretionary appeal in order to appeal. See OCGA § 5-6-35 (a) (5); *White v. State*, 233 Ga. App. 873 (505 SE2d 228) (1998). We lack jurisdiction over this direct appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/08/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*